VIRGINIA K. DEMARCHI (CSB No. 168633)
vdemarchi@fenwick.com
MICHAEL C. SAUNDERS (CSB No. 270414)
msaunders@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for NOVOZYMES A/S and
NOVOZYMES NORTH AMERICA, INC.

*E-Filed: January 5, 2015*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| U.S. WATER SERVICES, INC. AND ROY JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>NOVOZYMES A/S AND NOVOZYMES NORTH AMERICA, INC.,<br><br>Defendants. | Misc. Case No. 14-MC-80325-HRL<br><br>[Action pending in the United States District Court for the Western District of Wisconsin, Civil Action No. 3:13-cv-00864-jdp]<br><br>**ORDER GRANTING REQUEST TO VACATE HEARING**<br><br>Hearing:<br>Date:     January 6, 2015<br>Time:    10:00 a.m.<br>Dept.:    Courtroom 2, 5th Floor<br>Judge:   Honorable Howard R. Lloyd |

PLEASE TAKE NOTICE that Novozymes A/S and Novozymes North America, Inc. (collectively, "Novozymes") and non-party Dr. Jayarama K. Shetty have resolved the discovery dispute that is the subject of the above-captioned Miscellaneous Action filed by Novozymes, including Novozymes' motion to compel (Dkt. No. 1) and Dr. Shetty's cross-motion to quash (Dkt. No. 7).  Novozymes and Dr. Shetty respectfully request that the Court vacate the hearing set for January 6, 2015 at 10:00 a.m.

1  Dated: January 5, 2015                FENWICK & WEST LLP

3                                         By: */s/Virginia K. DeMarchi*
                                              Virginia K. DeMarchi

                                          Attorneys for NOVOZYMES A/S and
                                          NOVOZYMES NORTH AMERICA, INC.

6  Dated: January 5, 2015                GIBSON, DUNN & CRUTCHER LLP

8                                         By: */s/Michael A. Valek*
                                              Jonathan M. Swisher (CSB No. 291651)

                                          TRACEY B. DAVIES
                                          (Admitted *Pro Hac Vice*)

                                          Michael A. Valek
                                          (Admitted *Pro Hac Vice*)

                                          Attorneys for Non-Party
                                          DR. JAYARAMA K. SHETTY

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 5, 2015                FENWICK & WEST LLP

                                          By: */s/Virginia K. DeMarchi*
                                              Virginia K. DeMarchi

                                          Attorneys for NOVOZYMES A/S and
                                          NOVOZYMES NORTH AMERICA, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT NOTICE OF RESOLUTION OF DISC. DISPUTE &
REQUEST TO VACATE HEARING          2          Misc. Case No. 14-MC-80325-HRL

**ORDER**

The hearing set for January 6, 2015 at 10:00 a.m. is hereby vacated.

IT IS SO ORDERED.

Dated: January 5, 2015

_____
Howard R. Lloyd
United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT NOTICE OF RESOLUTION OF DISC. DISPUTE & REQUEST TO VACATE HEARING     3     Misc. Case No. 14-MC-80325-HRL